THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM C. DOWNEY, Appellant.

(Argued October 19, 1931; decided November 17, 1931.)

*Milton O. Auchmoody* and *Newton H. Fessenden* for appellant. The verdict was contrary to the weight of evidence and the jury could not have found upon the evidence beyond any reasonable doubt that the defendant was sane. (*People* v. *Klvana,* 241 N. Y. 481.)

*Harrison I. Gardener, District Attorney* (*Isadore Bookstein* of counsel), for respondent. The evidence beyond reasonable doubt demonstrated that defendant was not the victim of insane delusions. (Penal Law, § 1120; *People* v. *Taylor,* 138 N. Y. 398; *People* v. *Farraro,* 161 N. Y. 365; *People* v. *Schmidt,* 216 N. Y. 324; *People* v. *Silverman,* 181 N. Y. 235.)

*Per Curiam.* The evidence does not justify us in holding, in opposition to the verdict of the jury, that the defendant was laboring under such a defect of reason as not to know the nature and quality of his act, or not to know that it was wrong. (Penal Law, § 1120.) Whether he was insane in such a sense or in such a degree as to render the imposition of the death penalty unjust or inexpedient is a question that will merit consideration if an application is made for executive clemency.

The judgment of conviction should be affirmed.

CARDOZO, Ch. J., POUND, CRANE, O'BRIEN and HUBBS, JJ., concur; LEHMAN, J., dissents upon the ground that the trial judge did not properly submit to the jury the question whether the homicide was from a deliberate and premediated design to kill, and KELLOGG, J., dissents upon the ground that the verdict is against the weight of evidence.

Judgment affirmed.